IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GARY LOCKE, et al., <br><br> Defendants / | No. C-09-2346 MMC <br><br> **ORDER DIRECTING PLAINTIFFS TO SUBMIT SINGLE-SIDED CHAMBERS COPIES OF ALL DOCUMENTS ELECTRONICALLY FILED IN FUTURE** |

The Court is in receipt of a chambers copy of plaintiffs' motion for summary judgment, filed July 9, 2009, as well as chambers copies of each declaration filed in support thereof. The chambers copies are printed in double-sided format.

Plaintiffs are hereby DIRECTED to submit single-sided chambers copies of all documents electronically filed in the future. Cf. Civil L.R. 3-4(c)(2) (providing re: papers presented for filing, "text must appear on one side only").

**IT IS SO ORDERED.**

Dated: July 13, 2009

MAXINE M. CHESNEY
United States District Judge