IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GARY LOCKE, et al., <br><br> Defendants. | 09-cv-02346-MMC <br><br> [Proposed] Order <br> APPROVING STIPULATION AND CONTINUING HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |

Based upon the parties' Stipulated Request for an Order Changing Time, and good cause shown,

NOW, THEREFORE, IT IS ORDERED that the Federal Defendants' Answer and Response to Plaintiffs' Motion for Summary Judgment shall be filed no later than August 14, 2009, and the hearing on Plaintiffs' Motion is CONTINUED to September 4, 2009.

DATED this 24th day of July 2009.

Maxine M. Chesney
United States District Judge