IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE CENTER FOR BIOLOGICAL DIVERSITY, et al., | ) ) ) | 09-cv-02346-MMC |
| Plaintiffs, | ) ) | [Proposed] Order STAYING CASE FOR 90 DAYS; VACATING HEARING ON MOTION FOR SUMMARY JUDGMENT; CONTINUING CASE MANAGEMENT CONFERENCE |
| vs. | ) ) | |
| GARY LOCKE, et al., | ) ) | |
| Defendants. | ) ) | |

Based upon the parties' Stipulation to Stay Case, and good cause shown,

NOW, THEREFORE, IT IS ORDERED that the case is stayed for 60 days.

The September 4, 2009 hearing on plaintiffs' motion for summary judgment is VACATED, and may be renoticed as necessary.

The Case Management Conference is CONTINUED from September 11, 2009 to November 6, 2009.

DATED this 11th day of August 2009.

_____
Maxine M. Chesney
United States District Judge