IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| THE CENTER FOR BIOLOGICAL DIVERSITY, et al., | ) ) | 09-cv-02346-MMC |
|---|---|---|
| Plaintiffs, | ) ) | [~~Proposed~~] **Order** |
| vs. | ) ) | |
| GARY LOCKE, et al., | ) ) | |
| Defendants. | ) ) | |

Based upon the parties' Stipulated Extension of Deadline in Paragraph 1 of Stipulated Settlement Agreement,

NOW, THEREFORE, IT IS ORDERED that the deadline in Paragraph 1 of the parties' Stipulated Settlement Agreement (Doc. No. 23) is modified from December 4, 2009 to December 31, 2009.

DATED this 4th day of December 2009.

_____
Maxine M. Chesney
United States District Judge