ANDREA A. TREECE (CA Bar No. 237639)
MIYOKO SAKASHITA (CA Bar No. 239639)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
atreece@biologicaldiversity.org

BRENDAN CUMMINGS (CA Bar No. 193952)
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Telephone: (760) 366-2232
Facsimile: (760) 366-2669
bcummings@biologicaldiversity.org

*Attorneys for Plaintiffs*

IGNACIA S. MORENO, Assistant Attorney General

JEAN WILLIAMS, Chief
MEREDITH L. FLAX, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0404
Facsimile: (202) 305-0275

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GARY LOCKE, et al., <br><br> Defendants. | 09-cv-02346-MMC <br><br> STIPULATED EXTENSION OF DEADLINE IN PARAGRAPH 2 OF SETTLEMENT AGREEMENT |

1  Plaintiffs the Center for Biological Diversity, Oceana, Inc., and Turtle Island
2  Restoration Network (collectively "Plaintiffs"), and Defendants Gary Locke, in his
3  official capacity as Secretary of Commerce, National Marine Fisheries Service, Ken
4  Salazar, in his official capacity as Secretary of the Interior, and United States Fish and
5  Wildlife Service, (collectively the "Services") by and through their undersigned counsel,
6  hereby stipulate to a 17-day extension of the deadline in Paragraph 2 of the parties'
7  Stipulated Settlement Agreement (Doc. No. 23) ("Agreement") for the Services' 12-
8  month finding on a petitioned-for recognition of the North Pacific and Western North
9  Atlantic loggerhead populations as distinct population segments ("DPSs") and, if
10 appropriate, as to whether the status of the DPSs should be changed from threatened to
11 endangered.  Per the Agreement, the Services are required to submit their 12-month
12 finding to the Federal Register on or before February 19, 2010.  Agreement ¶ 2.  The
13 parties hereby stipulate to a 17-day extension of this deadline, making this 12-month
14 finding due on or before March 8, 2010.
15 Dated: February 12, 2010

Respectfully submitted,

 /s/ **Andrea A. Treece**
(per e-mail authorization to M. Flax on 2-12-10)
ANDREA A. TREECE (CA Bar No. 237639)
MIYOKO SAKASHITA (CA Bar No. 239639)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682
Facsimile: (415) 436-9683
atreece@biologicaldiversity.org

BRENDAN CUMMINGS (CA Bar No. 193952)
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Telephone: (760) 366-2232
Facsimile: (760) 366-2669
Bcummings@biologicaldiversity.org

Stipulated Extension of Deadline in
Paragraph 2 of Stipulated Settlement Agreement      - 2 -

**Attorneys for Plaintiffs**

IGNACIA S. MORENO,
Assistant Attorney General

JEAN E. WILLIAMS,
Chief

   /s/ Meredith L. Flax
MEREDITH L. FLAX (D.C. Bar No. 468016)
Trial Attorney
U.S. Department of Justice
Wildlife & Marine Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0404
Facsimile: (202) 305-0275
meredith.flax@usdoj.gov

**Attorneys for Defendants**

1 | IGNACIA S. MORENO, Assistant Attorney General
2 | JEAN WILLIAMS, Chief
MEREDITH L. FLAX, Trial Attorney
3 | U.S. Department of Justice
Environment & Natural Resources Division
4 | Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
5 | Washington, D.C. 20044-7369
Telephone: (202) 305-0404
6 | Facsimile: (202) 305-0275

7 | Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR BIOLOGICAL DIVERSITY, et al., | 09-cv-02346-MMC |
| Plaintiffs, | **Certificate of Service** |
| vs. | |
| GARY LOCKE, et al., | |
| Defendants. | |

I hereby certify that on February 12, 2010, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification of such to the attorneys of record:

Miyoko Sakashita
miyoko@biologicaldiversity.org

Andrea A. Treece
atreece@biologicaldiveristy.org

Brendan R. Cummings
bcummings@biologicaldiversity.org

                                      **/s/ Meredith L. Flax**

                                            MEREDITH L. FLAX