IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GARY LOCKE, et al., <br><br> Defendants. | 09-cv-02346-MMC <br><br> ~~[Proposed]~~ Order |

Based upon the parties' Stipulated Extension of Deadline in Paragraph 2 of Stipulated Settlement Agreement,

NOW, THEREFORE, IT IS ORDERED that the deadline in Paragraph 2 of the parties' Stipulated Settlement Agreement (Doc. No. 23) is modified from February 19, 2010 to March 8, 2010.

DATED this 16th day of February 2010.

_____
Maxine M. Chesney
United States District Judge