IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR BIOLOGICAL DIVERSITY, et al., | 09-cv-02346-MMC |
| Plaintiffs, | [Proposed] Order |
| vs. | |
| GARY LOCKE, et al., | |
| Defendants. | |

Based upon the parties' Stipulated Extension of Deadline in Paragraph 2 of Stipulated Settlement Agreement,

NOW, THEREFORE, IT IS ORDERED that the deadline in Paragraph 2 of the parties' Stipulated Settlement Agreement (Doc. No. 23) is modified from February 19, 2010 to March 8, 2010.

DATED this 16th day of February 2010.

Maxine M. Chesney
United States District Judge